FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. __4:22-cv-00077-BRW-JTK__

Jury Trial: ☐ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Stephen Jones
   ADC # _____

   Address: 905 Hurric Ave Oildale CA 93308

   Name of plaintiff: _____
   ADC # _____

   Address: _____

   This case assigned to District Judge __Wilson__
   and to Magistrate Judge __Kearney__

   Name of plaintiff: _____
   ADC # _____

   Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Mark Gober
   Position: Sheriff of Drew County
   Place of employment: Drew County Sheriff's Office
   Address: 210 S. Main St Monticello, AR 71655

   Name of defendant: Susan Potts
   Position: Drew County Detention Administrator

-4-

Place of employment: Drew County Detention Facility

Address: 106. S. Main St Montecillo AR 716_

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

Defendants: _____

-5-

☐ Court (if federal court, name the district; if state court, name the county): _____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: Drew County Detention facility

V. At the time of the alleged incident(s), were you: (check appropriate blank)

✓ in jail and still awaiting trial on pending criminal charges

____ serving a sentence as a result of a judgment of conviction

____ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓   No ____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓   No ___

If not, why? _____

_____

VII.  Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Drew County Detintion Facility, it's Sheriff & it's Administrator's are currently and Have Been Denying any and All visitation's of any Kind Since the Begiening of my incarciration on 11-17-21. They are Directly Responsible for ~~my taking~~ ~~aseetor~~ mental anguish & pain & suffering from lack of Seeing my family.

_____

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Reprammended on a offical cappity to the full extent of the law Deliberat. on punitive Damages and pain & Suffing

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 22 day of January, 20 22.

_____
Signature(s) of plaintiff(s)

-8-

Stephen Jones
106 S. Main St
Monticello AR
71655

INMATE MAIL



quadient
FIRST-CLASS MAIL
IMI
$001.76
01/25/2022 ZIP 71655
043M31220356
US POSTAGE

Pro Se Clerk
600 W. Capital Ave
Little Rock AR
72201