IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEPHEN JONES**                                                                                 **PLAINTIFF**
**ADC #179648**

**VS.**                              **4:22-CV-00077-BRW**

**MARK GOBER, et al.**                                      **DEFENDANTS**

## **JUDGMENT**

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 7th day of July, 2022.

                                           _____BILLY ROY WILSON_____
                                           UNITED STATES DISTRICT JUDGE